(No. 2101. January 8, 1918.)

STATE v. ROSENWALD et al.

### SYLLABUS BY THE COURT.

A. T. & S. F. Ry. Co. v. State, 23 N. M., 585.

Appeal from District Court, Bernalillo County; Raynolds, Judge.

Proceeding by D. S. Rosenwald and S. U. Rosenwald, doing business under the name of the New Mexico Cigar Company, for a reduction of an assessment. From an order granting relief, the State of New Mexico appeals. Dismissed.

H. L. Patton, Atty. Gen. for the State. James R. Moore, Albuquerque, for appellees.

#### OPINION OF THE COURT.

PARKER, J. This case is controlled by our decision In re Rosenwald Bros., a corporation, 170 Pac. 42, and In re Atchison, T. &. S. F. Ry Co. v. State, 170 Pac. 44, neither of which has yet been officially reported.

The appeal will therefore be dismissed; and it is so ordered.

HANNA, C. J., and ROBERTS, J., concur.

#### SYLLABUS BY THE COURT.

An appeal does not lie to this court from a judgment rendered by a district court in proceedings instituted under section 5475, Code 1915.